AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JANE DOE | ) | Case No. |
| PDID: xxx-xxx | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 10, 2017__ in the county of _____ in the _____ District of __Columbia__ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a) | did willfully and unlawfully, and by force and violence, and by intimidation, take or attempt to take from the person or presence of another, money belonging to and in the care, custody, control, management, and possession of Wells Fargo Bank, the deposits of which were insured by the Federal Deposit Insurance Corporation. |

This criminal complaint is based on these facts:
SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Chad M. Fleming, FBI Specia Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/13/2017
_____
*Judge's signature*

City and state: Washington, D.C.    G. MICHAEL HARVEY, Magistrate Judge
*Printed name and title*