## STATEMENT OF FACTS

On or about November 10, 2017, at approximately 12:09 p.m. an attempt robbery occurred at the Wells Fargo Bank located at 444 North Capitol Street, NW, Washington, D.C., an entity whose deposits are insured by the Federal Deposit Insurance Corporation (FDIC).  The suspect entered the bank and asked for a withdrawal slip, then handwrote a demand note that stated, "this is bank robbery don't scream."  The victim teller did not comply and walked away from the teller station while activating the silent alarm.  Officers received surveillance photographs from the bank that showed the events of the robbery.  The surveillance photographs reflects that the suspect was a black female approximately 5'3 to 5'5, slim build, dark complexion, wearing a black hoodie coat, dark large frame sunglasses, red gloves, black pants and carrying a black backpack.

Officers responded to the bank, observed the suspect standing at the victim teller's station.  Officers were advised that the person standing at the teller station was the suspect.  The suspect was placed under arrest for attempted bank robbery.  Search incident to arrest, Officers found a BB gun in the defendant's backpack which was never displayed during the attempted bank robbery.  A witness from the bank identified the defendant as being the person who attempted to rob the bank.

The suspect was transported to the Metropolitan Police Headquarters for processing and refused to talk or give any identifying information.  The suspect was processed a Jane Doe.

_____
SPECIAL AGENT CHAD M. FLEMING
FEDERAL BUREAU INVESTIGATION

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF NOVEMBER, 2017.

_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE